■ CIERRA DANDY et al., Appellant, v M&T BANK, Respondent, et al., Defendants. [32 NYS3d 544]—Appeal from an order

of the Supreme Court, Erie County (John A. Michalek, J.), entered April 20, 2015. The order granted the motion of defendant M&T Bank for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Peoples v M&T Bank*, 140 AD3d 1741 [2016]). Present—Peradotto, J.P., Carni, Lindley, Curran and Troutman, JJ.